Elizabeth Eilender, Esq.
Of Counsel
JAROSLAWICZ & JAROS PLLC
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x

DANIELLE KERSHNER,                              Civil Action

               Plaintiff,           **COMPLAINT
                                                AND JURY DEMAND**

    -against-

LORI NASIF, D.D.S.

              Defendant.

-----------------------------------------------------------------x

Plaintiff Danielle Kershner, by her attorneys, Jaroslawicz & Jaros PLLC, complaining of the defendant alleges as follows:

**THE PARTIES**

1.    Plaintiff is currently a citizen of the State of Massachusetts and resides at 16 Lincoln Parkway, Somerville, Massachusetts.

2.    At all times hereinafter mentioned, Defendant Lori Nasif, D.D.S. ("Nasif") held herself out as a dentist, duly licensed to practice dentistry in the State of New Jersey.

3.     At all times hereinafter mentioned, Nasif practices dentistry at an office located at 810 Abbott Boulevard, Suite 203, Fort Lee, New Jersey.

4.     At all times hereinafter mentioned, Nasif is a citizen of the State of New Jersey and resides at 851 Midland Road, Oradell New Jersey.

## JURISDICTION AND VENUE

5.     That the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6.     That this Court has jurisdiction over the parties by reason of diversity of citizenship and the amount in controversy, pursuant to 28 U.S.C. 1332.

7.     Venue is properly placed in the United States District Court for the District of New Jersey since the defendant resides here and does business here, the alleged malpractice occurred in New Jersey, the majority of the witnesses are located here, and this is the most convenient place for the trial of this action.

## THE UNDERLYING FACTS

8.     Commencing on or about April 29, 1991, Plaintiff came under the continuous care and treatment of the Defendant at her office located at 810 Abbott Boulevard, Suite 203, Fort Lee, New Jersey.

9.     On or about April 20, 2015, Defendant performed an examination of Plaintiff and recommended that her tooth number 17, which defendant described as a "wisdom tooth" of the lower left jaw, be surgically extracted.

10.     Defendant recommended that she perform the surgical extraction of Plaintiff's tooth number 17, and did not refer Plaintiff to an oral surgeon or other professional with sufficient experience to properly perform a surgical tooth extraction of the nature required.

11.     On or about June 8, 2015, Defendant performed the surgical tooth extraction of the Plaintiff.

12.     Defendant improperly performed the June 8, 2015 surgical tooth extraction and damaged the Plaintiff's left lingual nerve during the procedure.

13.     Due to Defendant's failure to properly perform the June 8, 2015 surgical tooth extraction, thereby damaging Plaintiff's left lingual nerve, Plaintiff's left lingual nerve has been permanently injured, necessitating a repair and a surgical nerve graft of the left lingual nerve on September 8, 2015.

14.     The medical care and treatment rendered by the Defendant was performed in a reckless, careless, and negligent manner and not in accordance with proper and accepted dental practice, as a result of which the Plaintiff suffered severe and permanent personal injuries.

15.     An Affidavit of Merit is annexed hereto and is filed along with this Complaint, in accordance with N.J.S.A. 2A:53A, et seq.

## FIRST COUNT AS AGAINST DEFENDANT

16.    The defendant, and by her agents, servants and employees, was careless, reckless and negligent and departed from the standards of accepted dental care and treatment and committed dental malpractice in failing to properly diagnose and treat plaintiff's condition on a proper and timely basis; in failing to properly perform tooth extraction of tooth # 17 on June 8, 2015; in failing to protect and in breaching, damaging and violating the lingual plate during the June 8, 2015 surgery extracting tooth #17; in failing to perform proper and adequate X-rays and failing to properly read and interpret those X-rays that were taken; in improperly and negligently extracting tooth #17; in failing to refer plaintiff to proper specialists, including an oral surgeon, for the extraction on a proper and timely basis; in failing to comply with proper dental practice and procedure by failing to create and maintain a dental record that fairly and accurately reflects the history, complaints, signs and symptoms, as well as the care and treatment rendered to the patient; in failing to obtain plaintiff's informed consent; in abandoning the patient; in causing and failing to avoid injuries including severe pain and suffering, mental anguish and distress; violation of left lingual nerve; neuroma left lingual nerve; perineural scar; seroma; trismus; dysthesia, paresthesia, and hypoesthesia left side of tongue and floor of mouth; alteration of sensory innervation to tongue; tingling with increased sensitivity to cold; required and will require additional dental treatment and testing including neurosensory testing and emergency treatment and

4

surgery including September 8, 2015 exploration, repair, and nerve graft of the left lingual nerve; numbness and tingling of the left side of the tongue, jaw, and mouth; inability to chew or eat food on the left side of mouth; reduced range of motion left side of tongue, jaw, and mouth; sensitivity to cold left side of tongue, jaw, and mouth; inability to speak clearly; loss of taste; sensitivity; required to make additional use of right side of mouth, teeth, and jaw to chew food and eat causing pain in the right side of mouth, teeth, and jaw; excessive biting of left side of tongue and cheek; and plaintiff has been otherwise damaged; all of which damages are permanent in nature and will continue and worsen over plaintiff's lifetime and defendant was otherwise reckless, careless, and negligent.

17.    As a result of the defendant's negligence plaintiff was caused to suffer severe pain and suffering, mental anguish and distress; violation of left lingual nerve; neuroma left lingual nerve;  perineural scar; seroma; trismus; dysthesia, paresthesia, and hypoesthesia left side of tongue and floor of mouth; alteration of sensory innervation to tongue; tingling with increased sensitivity to cold; required and will require additional dental treatment and testing including neurosensory testing and emergency treatment and surgery including September 8, 2015 exploration, repair, and nerve graft of the left lingual nerve; numbness and tingling of the left side of the tongue, jaw, and mouth; inability to chew or eat food on the left side of mouth; reduced range of motion left side of tongue, jaw, and mouth; sensitivity to cold left side of tongue, jaw,

and mouth; inability to speak clearly; loss of taste; sensitivity; required to make additional use of right side of mouth, teeth, and jaw to chew food and eat causing pain in the right side of mouth, teeth, and jaw; excessive biting of left side of tongue and cheek; and plaintiff has been otherwise damaged; all of which damages are permanent in nature and will continue and worsen over the lifetime of the Plaintiff.

18.     By reason of the foregoing, Plaintiff is entitled to recover all of her damages from the Defendant.

## SECOND COUNT AS AGAINST DEFENDANT

19.     Plaintiff repeats, reiterates and realleges each of the foregoing allegations with the same force and effect as if more fully set forth at length herein.

20.     The Defendant failed to inform the Plaintiff of the risks, hazards and alternatives connected with the procedures and methods utilized prior to, at the time of, and subsequent to treatment of the plaintiff.

21.     Reasonably prudent persons in the Plaintiff's position would not have undergone the procedures and methods utilized in connection with the treatment rendered to the Plaintiff if they had been fully informed of the risks, hazards and alternatives associated with said procedures and methods and with defendant performing the procedures.

22.     The failure to adequately and fully inform the Plaintiff of the risks, hazards and alternatives of the procedures and methods utilized in connection with the treatment rendered to the plaintiff was a proximate cause of the plaintiff's injuries.

23.     As a consequence of the foregoing, there was no informed consent to the procedures and methods utilized in connection with the treatment of the plaintiff.

24.     By reason of the foregoing, Plaintiff is entitled to recover all of her damages from the Defendant.

WHEREFORE, Plaintiff demands judgment against the Defendant for all damages properly recoverable in an action of this nature, all together with the costs and disbursements of this action.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury as to all issues so triable.

## DESIGNATION OF TRIAL COUNSEL

Plaintiffs hereby designate Elizabeth Eilender, Esq. as trial counsel in this matter.

JAROSLAWICZ & JAROS PLLC
Attorneys for Plaintiff
225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2780

By: _____
           Elizabeth Eilender
           Of Counsel

Dated: November 8, 2016

7

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------ x

DANIELLE KERSHNER

                           Plaintiff,

              -against-

LORI NASIF, D.M.D.

                     Defendant.

------------------------------------------------------------------ x

STATE OF NEW YORK   )

                    ) ss

COUNTY OF NEW YORK)

Docket No.:

**EXPERT AFFIDAVIT**

Alex Greenberg, D.D.S., being of full age duly sworn hereby states under oath:

(A)    I am a licensed dentist in the State of New York. I am board certified in Oral and Maxillofacial Surgery and have practiced for at least five years in the fields or specialties of dentistry and Oral and Maxillofacial Surgery. During the year immediately preceding the date of the occurrence that is the basis for the claim, I have devoted a majority of my professional time to the active clinical practice of dentistry and oral and maxillofacial surgery. *See* Curriculum Vitale, annexed hereto.

(B)    Based upon the records which I have reviewed and the facts of this matter, there is a reasonable probability that the care, skill, and knowledge exercised and exhibited in the treatment of Danielle Kershner by Dr. Lori Nasif fell outside acceptable professional or occupational standards or treatment practices.

(C)    I have no financial interest in the outcome of this case.

(D)  The statements herein are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                    Alex Greenberg, D.D.S.

Sworn and subscribed to before me this _28_ day of October, 2016.

                                    Notary Public

ABID RIZVI
Notary Public - State of New York
NO. 01RI6295203
Qualified in Queens County
My Commission Expires Dec 30, 2017

## CURRICULUM VITAE

**NAME:**             ALEX MICHAEL GREENBERG, D.D.S.

**MAILING ADDRESS:**  18 EAST 48TH STREET SUITE 1702
                     NEW YORK, NEW YORK 10017

**TELEPHONE:**        DAY TIME:  (212)  319-9700
                     MOBILE:    (917) 981 5000
                     FAX:       (212)  319-9778
                     Email:       NYCImplant@aol.com

**CITIZENSHIP:**      U.S.A.

**EDUCATION:**        BACHELOR OF SCIENCE IN BIOLOGY, 1979
                     LAFAYETTE COLLEGE, EASTON, PA

                     DOCTOR OF DENTAL SURGERY, 1983
                     SCHOOL OF DENTAL AND ORAL SURGERY
                     COLUMBIA UNIVERSITY, NEW YORK, NY

                     MEDICAL STUDENT, 7/99-8/01
                     UNIVERSITY  OF  HEALTH  SCIENCES  ANTIGUA
                     SCHOOL OF MEDICINE, ANTIGUA, BWI
                     FLEXIBLE MD PROGRAM WITH ADVANCED STANDING
                     FOR ORAL AND MAXILLOFACIAL SURGEONS

                     4TH YEAR MEDICAL STUDENT
                     COMPLETED TOWARDS MD DEGREE REQUIREMENTS:
                     THIRD YEAR DIDACTICS 7/00-8/01:
                     INTERNAL MEDICINE-PASS
                     SURGERY-PASS
                     OB/GYN-PASS
                     PEDIATRICS-PASS
                     FAMILY MEDICINE-PASS
                     PSYCHIATRY-PASS

                     GROSS ANATOMY: UPPER AND LOWER
                     EXTREMITIES 11/99-3/00 GRADE: "A"
                     COLUMBIA COLLEGE OF PHYSICIANS
                     AND SURGEONS, NEW YORK, NY

**Clinical Clerkships Completed:**

SURGERY 3/19-5/15/00
SHELF NBME EXAM - "PASS" "72"
MT. SINAI SCHOOL OF MEDICINE
NEW YORK, NY

PEDIATRICS 5/27-6/18/00
"SATISFACTORY" EVALUATION
ASSAF HAROFEH MEDICAL CENTER
SACKLER SCHOOL OF MEDICINE
TEL AVIV, ISRAEL

PLASTIC SURGERY 7/5-7/28/00
"SATISFACTORY" EVALUATION
MT. SINAI SCHOOL OF MEDICINE
NEW YORK, NY

OBSTETRICS AND GYNECOLOGY 10/22-12/15/00
SHELF NBME EXAM - "Pass" "81"
NEW JERSEY MEDICAL SCHOOL
NEWARK, NJ

OBSTETRICS AND GYNECOLOGY 1/1/01-1/10/01
"PASS"
 UNIVERSITY OF HEALTH SCIENCES
 ANTIGUA SCHOOL OF MEDICINE, ANTIGUA, BWI

PEDIATRICS 4/6-4/23/01
"SATISFACTORY" EVALUATION
KAPLAN MEDICAL CENTER
AFFILIATED WITH HEBREW UNIVERSITY
HADASSAH FACULTY OF MEDICINE
REHOVOT, ISRAEL

INTERNAL MEDICINE 8/13-9/7/01
"PASS"
DEPARTMENT OF MEDICINE
HOSPITAL OF ST. RAFAEL
AFFILIATED WITH YALE UNIVERSITY
NEW HAVEN, CT

**POSTDOCTORAL TRAINING:**   RESIDENT 7/1/83-6/30/84
GENERAL DENTISTRY
THE BETH ISRAEL MEDICAL CENTER,
NEW YORK, NY

RESIDENT 7/1/84-6/30/86
ORAL AND MAXILLOFACIAL SURGERY
THE MOUNT SINAI SCHOOL OF MEDICINE
NEW YORK, NY

CHIEF RESIDENT 7/1/86-6/30/87
ORAL AND MAXILLOFACIAL SURGERY
THE MOUNT SINAI SCHOOL OF MEDICINE
NEW YORK, NY

AO/ASIF MAXILLOFACIAL RIGID INTERNAL
FIXATION FELLOWSHIP 1/4/88-2/13/88
DIRECTED UNDER PROF. MED. JOACHIM PREIN
KANTONSSPITAL, UNIVERSITY OF BASEL
BASEL, SWITZERLAND

**CERTIFICATION:**       NORTHEAST REGIONAL BOARD OF DENTAL
EXAMINERS, 7/1/83

BOARD CERTIFIED, 3/19/89
AMERICAN BOARD OF ORAL AND
 MAXILLOFACIAL SURGERY

**LICENSURE:**       NEW YORK STATE LICENSE 37545

**HONORS:**       SURGERY RESEARCH EXCHANGE PROGRAM, 1981
DIVISION OF ORAL PATHOLOGY
HEBREW UNIVERSITY FACULTY OF
DENTAL MEDICINE
JERUSALEM, ISRAEL

AMERICAN ACADEMY OF PERIODONTOLOGY
STUDENT AWARD FOR OUTSTANDING
ACHIEVEMENT IN PERIODONTICS, 1983
COLUMBIA UNIVERSITY SCHOOL OF DENTAL AND
ORAL SURGERY, NEW YORK, NY

SECOND PRIZE, 1984
ANNUAL ALUMNI ASSOCIATION OF THE BETH
ISRAEL MEDICAL CENTER HOUSE OFFICES
ESSAY COMPETITION
"RIGID INTERNAL FIXATION FOR THE
TREATMENT OF MANDIBULAR FRACTURES"

MERCK, SHARP AND DOHME RESIDENT RESEARCH
AMERICAN ASSOCIATION OR ORAL AND
MAXILLOFACIAL SURGEONS
"INVOLUCRIN EXPRESSION AS A MARKER FOR
NEOPLASTIC CHANGES IN ORAL MUCOSA"

AO/ASIF MAXILLOFACIAL FACULTY
1989-PRESENT

HONORARY PROFESSOR OF PLASTIC SURGERY
DEPARTMENT OF PLASTIC AND
RECONSTRUCTIVE SURGERY, HOSPITAL
MILITAR VENEZUELA
DECEMBER 2, 1994

**ACADEMIC APPOINTMENTS:**   ASSISTANT CLINICAL PROFESSOR
DIVISION OF ORAL AND MAXILLOFACIAL
SURGERY
COLUMBIA UNIVERSITY SCHOOL OF DENTAL AND
ORAL SURGERY, NEW YORK, NY

CLINICAL INSTRUCTOR
DIVISION OF ORAL AND MAXILLOFACIAL
SURGERY
DEPT. OF DENTISTRY
THE MOUNT SINAI SCHOOL OF MEDICINE,
NEW YORK, NY

**HOSPITAL APPOINTMENTS:**   ASSISTANT 7/7/87-PRESENT
DIVISION   OF   ORAL   AND   MAXILLOFACIAL
SURGERY, DEPT. OF DENTISTRY
THE BETH ISRAEL MEDICAL CENTER,
NEW YORK, NY

ASSISTANT 1988-5/91
DEPT. OF DENTISTRY
CABRINI MEDICAL CENTER
NEW YORK, NY

ASSISTANT ATTENDING 2/88-PRESENT
DIVISION   OF   ORAL   AND   MAXILLOFACIAL
SURGERY
PRESBYTERIAN HOSPITAL DENTAL SERVICE
COLUMBIA PRESBYTERIAN MEDICAL CENTER
NEW YORK, NY

ASSISTANT 12/88-6/97
DEPT. OF DENTAL/ORAL SURGERY
CITY HOSPITAL CENTER ELMHURST
ELMHURST, NY

                              ASSISTANT 12/88-PRESENT
                              DIVISION   OF   ORAL   AND   MAXILLOFACIAL
                              SURGERY
                              DEPARTMENT OF DENTISTRY
                              MT. SINAI HOSPITAL
                              NEW YORK, NY

**PROFESSIONAL MEMBERSHIP:** NEW YORK COUNTY DENTAL SOCIETY
                              AMERICAN DENTAL ASSOCIATION
                              DENTAL SOCIETY OF THE STATE OF NEW
                              YORK

                              NEW YORK STATE SOCIETY OF ORAL AND
                              MAXILLOFACIAL SURGEONS

                              ACTIVE FELLOW, NEW YORK
                              ACADEMY OF DENTISTRY

                              AMERICAN ASSOCIATION OF ORAL AND
                              MAXILLOFACIAL SURGEONS

**TEACHING EXPERIENCE:**

1.
     INVOLUCRIN EXPRESSION AS A MARKER FOR NEOPLASTIC CHANGES
     IN ORAL MUCOSA" SEPTEMBER 19, 1987
     ABSTRACT SESSION V - PATHOLOGY
     ANNUAL SCIENTIFIC SESSIONS - AMERICAN ASSOCIATION OF ORAL
     AND MAXILLOFACIAL SURGEONS, ANAHEIM, CA

2.   "TEMPOROMANDIBULAR JOINT RECONSTRUCTION ACCORDING TO
     AO/ASIF PRINCIPLES" JUNE 7, 1988
     CRANIOMANDIBULAR STUDY CLUB OF NEW YORK
     NEW YORK, NY

3.   "OVERVIEW OF AO/ASIF MAXILLOFACIAL PRINCIPLES IN
     MANDIBULAR TRAUMA" JANUARY 19, 1989
     GRAND ROUNDS, ORAL AND MAXILLOFACIAL SURGERY,
     COLUMBIA PRESBYTERIAN MEDICAL CENTER, NEW YORK, NY

4.  "NEW CONCEPTS IN JAW RECONSTRUCTION" FEBRUARY 6, 1989
    TABLE CLINIC - FIRST DISTRICT DENTAL SOCIETY
    NEW YORK, NY

5.  "LEFORT I OSTEOTOMY WITH ONLAY BONE GRAFTING"
    JUNE 7, 1989, AO/ASIF BASIC MAXILLOFACIAL COURSE
    CHICAGO, IL

6.  PROGRAM DIRECTOR AND SPEAKER
    "ECCENTRIC DYNAMIC COMPRESSION PLATE APPLICATION"
    "MANDIBULAR RECONSTRUCTION PLATE APPLICATION"
    OCTOBER 2, 1989, AO/ASIF MAXILLOFACIAL WORKSHOP
    DEPT. OF ORAL AND MAXILLOFACIAL SURGERY
    MONTEFIORE MEDICAL CENTER, BRONX, NY

7.  "ECCENTRIC DYNAMIC COMPRESSION PLATE APPLICATION"
    OCTOBER 19, 1989, AO/ASIF MAXILLOFACIAL WORKSHOP
    BETH ISRAEL MEDICAL CENTER, NEW YORK, NY

8.  PROGRAM DIRECTOR AND SPEAKER
    "INTRODUCTION TO AO/ASIF MAXILLOFACIAL PRINCIPLES AND
    APPLICATION IN THE MIDFACE AND THE MANDIBLE FOR TRAUMA
    AND RECONSTRUCTION" NOVEMBER, 1989
    AO/ASIF MAXILLOFACIAL WORKSHOP,
    DEPT. OF ORAL AND MAXILLOFACIAL SURGERY
    NASSAU COUNTY MEDICAL CENTER, LONG ISLAND, NY

9.  "MANDIBULAR RECONSTRUCTION WITH RIGID INTERNAL FIXATION"
    DECEMBER 21, 1989, GRAND ROUNDS
    DEPT. OF ORAL AND MAXILLOFACIAL SURGERY,
    COLUMBIA PRESBYTERIAN MEDICAL CENTER, NEW YORK, NY

10. PROGRAM DIRECTOR AND SPEAKER
    "AO/ASIF PRINCIPLES IN MIDFACIAL TRAUMA" AND
    "RECONSTRUCTION PLATE APPLICATION IN TUMOR AND
    RECONSTRUCTIVE SURGERY" MARCH 19, 1990
    AO/ASIF MAXILLOFACIAL WORKSHOP,
    DEPT. OF OTOLARYNGOLOGY, NEW YORK UNIVERSITY MEDICAL
    CENTER
    NEW YORK, NY

11. PROGRAM DIRECTOR AND SPEAKER
    "INTRODUCTION TO AO/ASIF PRINCIPLES IN MAXILLOFACIAL
    TRAUMA AND RECONSTRUCTION", APRIL 25, 1990
    DEPT. OF ORAL AND MAXILLOFACIAL SURGERY
    KINGS COUNTY MEDICAL CENTER,
    BROOKLYN, NY

12.  "RIGID FIXATION" SEPTEMBER, 1990
     AO/ASIF MAXILLOFACIAL WORKSHOP,
     DEPT. OF ORAL AND MAXILLOFACIAL SURGERY,
     MONTEFIORE HOSPITAL, BRONX, NY

13.  CO-CHAIRMAN, "AO/ASIF MAXILLOFACIAL WORKSHOP"
     OCTOBER 20, 1990
     COLUMBIA PRESBYTERIAN MEDICAL CENTER, DIVISION OF ORAL
     AND  MAXILLOFACIAL SURGERY AND THE SCHOOL OF DENTAL AND
     ORAL SURGERY, NEW YORK, NY

14.  "MAXILLARY SINUS DISEASE" DECEMBER, 1990
     GREATER NEW YORK DENTAL MEETING, JACOB JAVITS CENTER
     NEW YORK, NY

15.  "AO/ASIF MAXILLOFACIAL WORKSHOP" AUGUST, 1991
     MONTEFIORE MEDICAL CENTER, DIVISION OF ORAL AND
     MAXILLOFACIAL SURGERY, BRONX, NY

16.  "RIGID FIXATION OF MAXILLARY OSTEOTOMIES"
     "SCREW TYPES AND CONFIGURATIONS" JUNE 2-6, 1992
     AO/ASIF MAXILLOFACIAL COURSE, CHICAGO, IL

17.  "RIGID FIXATION OF MANDIBULAR OSTEOTOMIES"
     "BIOMATERIALS FOR BONE PLATE AND SCREW IMPLANTS"
     "RIGID FIXATION OF MAXILLARY OSTEOTOMIES"
     JULY 10-14, 1992, AO/ASIF MAXILLOFACIAL COURSE
     ACAPULCO, MEXICO

18.  "UPDATE ON CLEFT LIP AND PALATE MAXILLOFACIAL SURGERY"
     FEBRUARY 10, 1993, CHILDREN'S AID SOCIETY MEDICAL DEPT.
     NEW YORK, NY

19.  "INSTRUMENTS, PLATES AND SCREWS" AND "CLINICAL
     APPLICATION
     OF THE RECONSTRUCTION PLATE", FEBRUARY 20, 1993
     AO/ASIF MAXILLOFACIAL WORKSHOP FOR OPERATING ROOM NURSING
     PERSONNEL, BETH ISRAEL MEDICAL CENTER, NEW YORK, NY

20.  "NEW CLASSIFICATION SYSTEM FOR CRANIOMAXILLOFACIAL
     FRACTURES"
     JUNE 7, 1993, AO/ASIF FACULTY FORUM
     KIAWEH ISLAND, SC

21. "COORDINATED ORTHODONTICS AND ORAL AND MAXILLOFACIAL
    SURGERY FOR DENTAL DEFORMITIES", JANUARY 24, 1994
    FIRST DISTRICT DENTAL SOCIETY
    NEW YORK, NY

22. "INSTRUMENTS, PLATES AND SCREWS" AND "NEW 2.4 MANDIBLE
    SET"
    APRIL 30, 1994, AO/ASIF MAXILLOFACIAL WORKSHOP FOR OPERATING
    ROOM NURSING PERSONNEL, BETH ISRAEL MEDICAL CENTER
    NEW YORK, NY

23. COURSE CO-CHAIRMAN, JULY 6-7, 1994
    "AO/ASIF MAXILLOFACIAL BASIC COURSE",
    FACULTY OF MEDICINE
    CARACAS, VENEZUELA

24. "NONSTEROIDAL ANTI-INFLAMMATORY MEDICATIONS"
    NOVEMBER 20, 1994
    ESSEX COUNTY DENTAL STUDY CLUB, NJ

25. "OVERVIEW OF AO/ASIF CRANIOMAXILLOFACIAL HARDWARE SYSTEMS
    FOR INTERNAL FIXATION"
    "OVERVIEW OF THE MANAGEMENT OF MANDIBULAR FRACTURES"
    "OVERVIEW OF THE MANAGEMENT OF MIDFACIAL FRACTURES"
    "COORDINATED ORTHOGNATHIC SURGERY"
    INVITED SPEAKER, DECEMBER 1, 1994, 30TH ANNIVERSARY,
    DEPARTMENT OF PLASTIC AND RECONSTRUCTIVE SURGERY
    HOSPITAL MILITAR "DR. CARLOS ARVELO" CARACAS, VENEZUELA

26. COURSE CO-CHAIRMAN, SEPTEMBER 11-12, 1995
    "AO/ASIF MAXILLOFACIAL BASIC COURSE"
    INTERNATIONAL CONGRESS FOR MAXILLOFACIAL SURGERY
    MEXICO CITY, MEXICO

27. "CONTEMPORARY MANAGEMENT OF CRANIOFACIAL FRACTURES"
    SEPTEMBER 13, 1995, INTERNATIONAL CONGRESS FOR
    MAXILLOFACIAL SURGERY
    MEXICO CITY, MEXICO

28. "HISTORY OF THE AO/ASIF"
    "LAG SCREW TECHNIQUE"
    "MANDIBULAR NON-UNIONS"
    "MAXILLARY AND MANDIBULAR OSTEOTOMIES"
    AUGUST 16-17, 1996
    AO/ASIF MAXILLOFACIAL BASIC COURSE
    TAMPA, FL

29. "POSTERIOR MAXILLARY DENTAL IMPLANT RECONSTRUCTION"
    DECEMBER 1, 1996, GREATER NEW YORK DENTAL MEETING
    JACOB JAVITS CENTER
    NEW YORK, NY

30. "HISTORY OF THE AO/ASIF"
    "NON-UNIONS/OSTEOMYELITIS/COMPLICATIONS"
    "MANDIBULAR AND MAXILLARY OSTEOTOMIES"
    AUGUST 16-17, 1997
    AO/ASIF MAXILLOFACIAL BASIC COURSE
    TAMPA, FL

31. "UPDATE ON CRANIOMAXILLOFACIAL TRAUMATOLOGY"
    "OVERVIEW OF ORTHOGNATHIC SURGERY"
    DECEMBER 12-14, 1997
    MEXICAN SOCIETY OF ORAL AND MAXILLOFACIAL SURGEONS
    INTERNATIONAL CONGRESS FOR MAXILLOFACIAL SURGERY
    CANCUN, MEXICO

32. "ZYGOMATIC ARCH OSTEOTOMIES"
    JANUARY 16-18, 1998
    AO/ASIF MAXILLOFACIAL FACULTY RETREAT
    TUCSON, AZ

33. "RIGID FIXATION OF MAXILLARY AND MANDIBULAR OSTEOTOMIES"
    MAY 1-2, 1998
    AO/ASIF MAXILLOFACIAL BASIC COURSE
    MEMPHIS, TN

34. "CRANIOMAXILLOFACIAL TRAUMATOLOGY: ADVANCED CONCEPTS"
    OCTOBER 29, 1998
    INVITED SPEAKER IN HONOR OF THE 75th ANNIVERSARY OF THE
    TURKISH REPUBLIC NATIONAL CONGRESS OF TURKISH ORAL AND
    MAXILLOFACIAL SURGEONS
    ANTALYA, TURKEY

35. "PLATE AND SCREW FIXATION OF MANDIBULAR ANGLE FRACTURES"
    NOVEMBER 21-22, 1998
    AO/ASIF MAXILLOFACIAL BASIC COURSE
    CHARLOTTE, NC

36. "CRANIOMAXILLOFACIAL TRAUMATOLOGY: CLINICAL APPLICATIONS"
    MAY 1, 1999, AO/ASIF MAXILLOFACIAL WORKSHOP
    COLUMBIA UNIVERSITY
    NEW YORK, NY

37.  "MAXILLARY SINUS LIFTING AND BONE GRAFTING FOR DENTAL
     IMPLANTS"
     OCTOBER 25, 1999
     GRAND ROUNDS
     ST.LUKE'S/ROOSEVELT HOSPITAL


38.  "ORBITOZYGOMATIC FRACTURES"
     "MAXILLARY AND MANDIBULAR OSTEOTOMIES"
     AUGUST 24-25, 2000, AO/ASIF MAXILLOFACIAL BASIC COURSE
     PONTE VEDRA BEACH, FL

39.  "ORBITOZYGOMATIC FRACTURES"
     "MAXILLARY AND MANDIBULAR OSTEOTOMIES" APRIL 21, 2001
     DEPARTMENT OF OTOLARYNGOLOGY/HEAD AND NECK SURGERY
     KAPLAN MEDICAL CENTER, REHOVOT, ISRAEL

40.  "PLATE AND SCREW FIXATION OF THE MANDIBULAR DENTATE
     REGION"
     MARCH 13, 2004
     AO/ASIF MAXILLOFACIAL BASIC COURSE
     MT. SINAI HOSPITAL
     NEW YORK, NY

41.  "LABORATORY EXERCISE FOR MAXILLOMANDIBULAR FIXATION"
     AO/ASIF MAXILLOFACIAL BASIC COURSE
     MAY 22, 2005
     ATLANTA, GA

42.  "COMPLEX FACIAL TRAUMA"
     JULY 29, 2004
     RAMBAM MEDICAL CENTER
     HAIFA, ISRAEL

43.  "IDENT IMAGING METHOD FOR PRECISION DENTAL IMPLANT
     PLACEMENT"
     "FACIAL IMPLANTS USING 3D MODELING"
     JANUARY 19, 2005
     UNIVERSITY OF PUERTO RICO

44.  "IDENT IMAGING METHOD FOR PRECISION DENTAL IMPLANT
     PLACEMENT:
     COMPLEX CASES."
     DENTOFACIAL STUDY GROUP
     JUNE 20, 2005

45.  "THE VIRTUAL PATIENT: CT GUIDED DENTAL IMPLANT SURGERY"
     SAN DIEGO, CA 9/7/07

46.  "THE VIRTUAL PATIENT: CT GUIDED DENTAL IMPLANT SURGERY"
     SAN FRANCISCO, CA  10/3/07

47.  "AMELOBLASTOMA AND AMELOBLASTIC FIBROMA"
     A SYMPOSIUM ON ORAL AND MAXILLOFACIAL PATHOLOGY AND
     SURGICAL MANAGEMENT, THE MOUNT SINAI HOSPITAL, NEW YORK,
     NEW YORK  11/18/07.

48.  "MANAGEMENT OF MAJOR ORAL PATHOLOGY TUMORS AND IMMEDIATE
     BONE GRAFTING AND CT GUIDED DENTAL IMPLANT PLACEMENT"
     METROPOLITAN HOSPITAL DEPARTMENT OF ORAL AND
     MAXILLOFACIAL SURGERY, 9/11/09.

49.  "MANAGEMENT OF DENTAL TRAUMA" AND "ORBITOZYGOMATIC
     FRACTURES"
     AO/ASIF BASIC MAXILLOFACIAL COURSE
     BOSTON, MA 1/24-25/10

50.  "BASICS OF CONE BEAM CT AND CT GUIDED DENTAL IMPLANT
     SURGERY" SECOND DISTRICT DENTAL SOCIETY SCIENTIFIC
     SESSION, STATEN          ISLAND, NY 6/4/10

51.  "BASICS OF CONE BEAM CT AND CT GUIDED DENTAL IMPLANT
     SURGERY"
     AAOMS 92ND ANNUAL MEETING, SCIENTIFIC SESSIONS,CHICAGO, IL
     10/1/10.

52.  "BASICS OF CONE BEAM CT AND CT GUIDED DENTAL IMPLANT
     SURGERY"
     GRAND ROUNDS MT. SINAI HOSPITAL DEPARTMENT OF ORAL AND
MAXILLOFACIAL SURGERY  12/10/10

53.  "BASICS OF CONE BEAM CT AND CT GUIDED DENTAL IMPLANT
     SURGERY"
     GREATER NEW YORK DENTAL MEETING 11/27/11

54.  "MANAGEMENT OF DENTAL TRAUMA" s
     FRACTURES"
     AO/ASIF CRANIOMAXILLOFACIAL COURSE
     BOSTON, MA 1/24-25/10

55.  "MANAGEMENT OF DENTAL TRAUMA" AND "ORBITOZYGOMATIC
     FRACTURES"
     AO/ASIF BASIC MAXILLOFACIAL COURSE
     BOSTON, MA 3/24-25/2012

56. "MANDIBULAR FRACTURE COMPILCATIONS"
    "BASIC PRINCIPLES OF AO/ASIF MANDIBLE FIXATION"
    AO/ASIF CRANIOMAXILLOFACIAL COURSE
    SECAUCUS, NJ 10/13-14 2012

57. "MANAGEMENT OF DENTAL TRAUMA" s
    FRACTURES"
    AO/ASIF CRANIOMAXILLOFACIAL COURSE
    BOSTON, MA 8/3-4/ 2013

58. "BASICS OF CONE BEAM CT AND CT GUIDED DENTAL IMPLANT
     SURGERY"
     GRAND ROUNDS ENGLEWOOD HOSPITAL, ENGLEWOOD, NJ
     9/10/13

59. "IMMEDIATE PLACEMENT OF DENTAL IMPLANTS"
    DENTOFACIAL STUDY GROUP, NY, NY 6/25/14

60. "BASICS OF CONE BEAM CT AND CT GUIDED DENTAL IMPLANT
    SURGERY", "BASIC ORAL SURGERY TECHNIQUES", AND "IMMEDIATE
    PLACEMENT OF DENTAL IMPLANTS"
    ACADEMY OF GENERAL DENTISTRY, QUEENS, NY 1/10/15


**RESEARCH:**

    AO/ASIF (SWISS ASSOCIATION FOR INTERNAL FIXATION) RESEARCH
    GRANT, DEPT. OF BIOENGINEERING, HOSPITAL FOR JOINT DISEASES
    NEW YORK, NY, 1994-2000, $35,000
    "BIOMECHANICS   OF   SCREW   STABILIZATION   OF   MANDIBULAR
    OSTEOTOMIES": 2 PEER-REVIEWED ARTICLES (#4 AND #6 BELOW).




**PUBLICATIONS:**

**ORIGINAL PEER-REVIEWED REPORTS**

1. SCHWIMMER, A., GREENBERG, A.M.: "MANAGEMENT OF MANDIBULAR
   TRAUMA WITH RIGID INTERNAL FIXATION". ORAL SURG., ORAL
   MED.,ORAL PATH. 62: 663-637, 1986.

2. CASSATLY, M., GREENBERG, A.M., KOPP, W.: "BILATERAL GIANT
   CELL GRANULOMAS OF THE MANDIBLE: REPORT OF A CASE".
   JADA. 117: 731-733, 1988.

3.  GREENBERG, A.M.: "RIGID FIXATION BIMAXILLARY".
    PRAC. REV. ORAL SURG. 3: 7.3, 1988.

4.  SCHWIMMER, A., GREENBERG, A.M., KUMMER, F., KAYNAR, A.:
    "EVALUATION OF STABILITY OF VARYING METHODS OF SCREW
    FIXATION OF SAGITTAL OSTEOTOMIES OF THE MANDIBLE". J.
    ORALMAXILLOFAC. SURG. 52: 45-48, 1994.

5.  GREENBERG, A.M.: "MANAGEMENT OF FACIAL FRACTURES". NY
    STATE DENT J 64: 42, 1998.

6.  UCKAN, S., SCHWIMMER, A., KUMMER, F., GREENBERG, A.M.:
    "EFFECT OF THE ANGLE OF THE SCREW ON THE STABILITY OF THE
    MANDIBULAR SAGITTAL SPLIT RAMUS OSTEOTOMY: A STUDY IN SHEEP
    MANDIBLES". BR J ORAL MAXILLOFAC SURG. 39: 266-269, 2001.

7.  TAUB PJ, LAMPERT JA,SILVER L, GREENBERG A:"VOMER BONE
    GRAFT TO AUGMENT THE DEFICIENT CLEFT MAXILLA" J CRANIOFAC
    SURG 2009: SUPPL 2: 1882-5.

8.  GREENBERG A.M. "BASICS OF CONE BEAM CT AND CT GUIDED
    DENTAL IMPLANT SURGERY" SELECTED READINGS IN ORAL AND
    MAXILLOFACIAL SURGERY VOLUME 19 ISSUE 5, 2011

9.  GREENBERG A.M. "DIGITAL TECHNOLOGIES FOR DENTAL IMPLANT
    TREATMENT" ORAL MAXILLOFAC SURG CLIN NORTH AM 2015 MAY

10. GREENBERG AM "CONE BEAM CT SCAN AND DIAGNOSIS FOR DENTAL
    IMPLANTS"  ORAL MAXILLOFAC SURG CLIN NORTH AM 2015 MAY

11. BOONSIRIPHANT P, HIRSCH J, GREENBERG AM "PROSTHODONTIC
    CONSIDERATIONS IN POSTCANCER RECONSTRUCTIONS. ORAL MAXILLOFAC
    SURG CLIN NORTH AM 2015 MAY

**ABSTRACTS:**

1.  GREENBERG, A.M., MANDEL, D.: "INVOLUCRIN EXPRESSION AS A
    MARKER FOR NEOPLASTIC CHANGES".  J. ORAL MAXILLOFAC.
    SURG. 45: p 20-21, 1987.

2.  SCHWIMMER, A., GREENBERG, A.M., KUMMER, F., KAYNAR, A.,
    WEBER, W.: "IN VITRO BIOMECHANICAL EVALUATION OF HUMAN
    MANDIBULAR SAGITTAL OSTEOTOMY SCREW FIXATION". J. ORAL
    MAXILLOFAC. SURG. 49: SUPP. PG. 97, 1991.

**POSTERS:**

1. GREENBERG AM, PARK A:CUSTOM FACIAL SILICONE IMPLANTS USING 3D STEREOLITHOGRAPHIC MODELS "
AAOMS 92ND ANNUAL MEETING, SCIENTIFIC SESSIONS,CHICAGO, IL 10/1/10.

**EDITORIAL**

REVIEWER, JOURNAL OF ORAL AND MAXILLOFACIAL SURGERY 2010
REVIEWER, JOURNAL OF ORAL AND MAXILLOFACIAL SURGERY 2013

TEXTBOOKS

1. GREENBERG, A.M. (EDITOR): CRANIOMAXILLOFACIAL FRACTURES: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE. SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 1993.

2. GREENBERG, A.M.(EDITOR), PREIN, J.(CO-EDITOR): CRANIOMAXILLOFACIAL RECONSTRUCTIVE AND CORRECTIVE BONE SURGERY: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE. SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 2002.

IN PRESS:

3. GREENBERG, A.M.(EDITOR),SCHMELZEISEN R, (CO-EDITOR, PREIN J (HONORARY EDITOR): CRANIOMAXILLOFACIAL RECONSTRUCTIVE AND CORRECTIVE BONE SURGERY: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE SECOND EDITION EXPECTED PUBLICATION 2014/2015 SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG,

4. GREENBERG AM (EDITOR): DIGITAL TECHNOLOGIES IN CRANIOMAXILLOFACIAL SURGERY, EXPECTED PUBLICATION 2015/2016 SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG,

5. GREENBERG AM GUEST EDITOR ORAL AND MAXILLOFACIAL SURGERY CLINICS OF NORTH AMERICA, "DENTAL IMPLANTS" ELSEVIER MAY 2015

**BOOK CHAPTERS**

GREENBERG, A.M.: "INTRODUCTION" IN GREENBERG, A.M.(ed): CRANIOMAXILLOFACIAL FRACTURES, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 1993, pp 1-3.

HAUG, R. H., GREENBERG, A.M.: "ETIOLOGY DISTRIBUTION AND CLASSIFICATION OF FRACTURES" IN GREENBERG, A.M.(ed): CRANIOMAXILLOFACIAL FRACTURES: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE, SPRINGER-VERLAG, NEW YORK, BERLIN HEIDELBERG, 1993, pp 5-19.

GREENBERG, A.M., PREIN, J.: "FRACTURE HEALING PRINCIPLES APPLIED TO RIGID FIXATION OF THE CRANIOMAXILLOFACIAL SKELETON" IN GREENBERG, A.M.(ed): CRANIOMAXILLOFACIAL FRACTURES: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 1993, pp 33-40.

GREENBERG, A.M.: "BASICS OF AO/ASIF PRINCIPLES AND STABLE INTERNAL FIXATION OF MANDIBULAR FRACTURES" IN GREENBERG, A.M. (ed): CRANIOMAXILLOFACIAL FRACTURES: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 1993, pp 41-68.

GREENBERG, A.M., HAUG, R.H.: "CRANIOFACIAL SPORTS INJURIES" IN SCUDERI, G., McCANN, P., BRUNO, P.J.(eds): SPORTS MEDICINE: PRINCIPLES OF PRIMARY CARE, MOSBY YEAR BOOK, PHILADELPHIA, 1997, pp 129-148.

GREENBERG, A.M.: "BASICS OF STABLE INTERNAL FIXATION OF ZYGOMATIC FRACTURES" IN GREENBERG, A.M.(ed): CRANIOMAXILLOFACIAL FRACTURES: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 1993, pp 159-166.

GREENBERG, A.M., HAMMER, B., PREIN, J.: "PANCRANIOMAXILLOFACIAL FRACTURES" IN GREENBERG, A.M.(ed): CRANIOMAXILLOFACIAL FRACTURES: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 1993, pp 193-198.

GREENBERG, A.M., PREIN, J.: "INTRODUCTION" IN GREENBERG, A.M., PREIN, J.(eds): CRANIOMAXILLOFACIAL RECONSTRUCTIVE AND CORRECTIVE BONE SURGERY: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 2002, pp 1-2.

GREENBERG, A.M., HAUG, R.H.: "A NEW CLASSIFICATION SYSTEM FOR CRANIOMAXILLOFACIAL DEFORMITIES" IN GREENBERG, A.M., PREIN, J. (eds): CRANIOMAXILLOFACIAL RECONSTRUCTIVE AND CORRECTIVE BONE SURGERY: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 2002, pp 90-97.

GREENBERG, A.M, STEIN, J.I.: "MAXILLARY SINUS GRAFTING AND OSSEOINTEGRATION SURGERY" IN GREENBERG, A.M., PREIN, J.(eds): CRANIOMAXILLOFACIAL RECONSTRUCTIVE AND CORRECTIVE BONE SURGERY: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 2002, pp 174-197.

GREENBERG, A.M.: "OVERDENTURE CASE REPORTS" IN GREENBERG, A.M., PREIN, J.(eds): CRANIOMAXILLOFACIAL RECONSTRUCTIVE AND CORRECTIVE BONE SURGERY: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 2002, pp 262-265.

GREENBERG, A.M., PREIN, J.: "AO/ASIF CRANIOFACIAL FIXATION SYSTEM HARDWARE" IN GREENBERG, A.M., PREIN, J.(eds): CRANIOMAXILLOFACIAL RECONSTRUCTIVE AND CORRECTIVE BONE SURGERY: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 2002, pp 445-461.

GREENBERG, A.M.: "MAXILLARY OSTEOTOMIES AND CONSIDERATIONS FOR RIGID INTERNAL FIXATION" IN GREENBERG, A.M., PREIN, J.(eds): CRANIOMAXILLOFACIAL RECONSTRUCTIVE AND CORRECTIVE BONE SURGERY: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 2002, pp 581-605.

ESCOBAR, V., GREENBERG, A.M., SCHWIMMER, A.: "MANDIBULAR OSTEOTOMIES AND CONSIDERATIONS FOR RIGID INTERNAL FIXATION" IN GREENBERG, A.M., PREIN, J.(eds): CRANIOMAXILLOFACIAL RECONSTRUCTIVE AND CORRECTIVE BONE SURGERY: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 2002, pp 606-622.

GREENBERG, A.M., PREIN, J.: "APPENDIX A1: DISTRACTION OSTEOGENESIS OF THE MANDIBLE" IN GREENBERG, A.M., PREIN, J.(eds): CRANIOMAXILLOFACIAL RECONSTRUCTIVE AND CORRECTIVE BONE SURGERY: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 2002, pp 757-764.

GREENBERG, A.M.: "APPENDIX A2: ITI STRAUMAN DENTAL IMPLANT SYSTEM" IN GREENBERG, A.M., PREIN, J.(eds): <u>CRANIOMAXILLOFACIAL RECONSTRUCTIVE AND CORRECTIVE BONE SURGERY: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE</u>, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 2002, pp 765-767.

**CASE REPORTS**

"MANDIBULAR RIGHT PARASYMPHYSIS DENTATE FRACTURE" IN GREENBERG, A.M.(ed): <u>CRANIOMAXILLOFACIAL FRACTURES: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE</u>, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 1993, p 88.

"MANDIBULAR LEFT ANGLE DENTATE FRACTURE" IN GREENBERG, A.M.(ed): <u>CRANIOMAXILLOFACIAL FRACTURES: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE</u>, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 1993, p 101.

"MANDIBULAR LEFT ANGLE AND SYMPHYSIS DENTATE FRACTURES" IN GREENBERG, A.M.(ed): <u>CRANIOMAXILLOFACIAL FRACTURES: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE</u>, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 1993, p 106.

"MANDIBULAR LEFT ANGLE AND RIGHT PARASYMPHYSIS DENTATE FRACTURES" IN GREENBERG, A.M. (ed): <u>CRANIOMAXILLOFACIAL FRACTURES: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE</u>, SPRINGER- VERLAG, NEW YORK, BERLIN HEIDELBERG, 1993, p 111.

"LEVEL I MAXILLARY FRACTURES (TRADITIONAL LE FORT I)" IN GREENBERG, A.M.(ed): <u>CRANIOMAXILLOFACIAL FRACTURES: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE</u>, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 1993, p 147.

"LEVEL I MAXILLARY FRACTURES (TRADITIONAL LE FORT I) WITH RIGHT ZYGOMATICOMAXILLARY COMPLEX AND NASAL FRACTURES" IN GREENBERG, A.M.(ed): <u>CRANIOMAXILLOFACIAL FRACTURES: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE</u>, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 1993, pp 148-149.

"LEFT ZYGOMATICOMAXILLARY COMPLEX FRACTURE" IN GREENBERG, A.M. (ed): <u>CRANIOMAXILLOFACIAL FRACTURES: PRINCIPLES OF INTERNAL FIXATION USING THE AO/ASIF TECHNIQUE</u>, SPRINGER-VERLAG, NEW YORK, BERLIN, HEIDELBERG, 1993, pp 170-171.

**U.S. PATENTS:**

1.  SURGICAL DRILL GUIDE AND RETRACTOR
    U.S. PATENT # 5,026,376

2.  SURGICAL DRILL GUIDE AND RETRACTOR
    U.S. PATENT # 5,133,720

3.  SURGICAL DRILL GUIDE
    U.S. PATENT #5,409,493

4.  MANDIBULAR INFERIOR BORDER RETRACTOR AND METHOD FOR ORIF
    MANDIBULAR FRACTURES
    U.S. PATENT #5,558,622

5.  DENTAL IMPLANT ABUTMENT
    U.S. PATENT #5,599,185

6.  ENDOSCOPIC SUTURE TYING DEVICE METHOD PATENT
    U.S. PATENT #5,709,694

7.  DRILL GUIDE WITH REMOVEABLE FERRULES
    U.S. PATENT #5,743,916

8.  SURGICAL DRILL GUIDE
    U.S. PATENT #5,746,743

9.  ENDOSCOPIC SUTURE TYING AIDE DEVICE PATENT
    U.S. PATENT #5,810,852

10. DRILL MOUNTABLE DRILL GUIDE
    U.S.PATENT #5,888,034

11. SLEEVED STOP FOR DRILL BIT
    U.S. PATENT #7,210,881

12. COLLET COLLAR STOP FOR A DRILL BIT
    U.S. PATENT #7,513,722

13. STRAWHOLDER INTEGRATED WITH A BEVERAGE CONTAINER
    U.S. 8,296,952

14. ORTHODONTIC TREATMENT ALIGNERS BASED ON CT DATA
    U.S. 8,196,763

15. REMOVABLE HANDLE SCAN BODY FOR IMPRESSION TRAYS AND
    RADIOGRAPHIC TEMPLATES FOR INTEGRATED OPTICAL AND CT SCANNING.
    US 8,750,590

LICENSED PATENTS:DRILL GUIDE WITH REMOVEABLE FERRULES
U.S.  PATENT  #5,743,916  AND  SURGICAL  DRILL  GUIDE  U.S.  PATENT
#5,746,743  TO  IDENT  IMAGING,  INC,  FOSTER  CITY,  CA  WWW.IDENT-
SURGICAL.COM

DR. ALEX GREENBERG IS A COFOUNDER OF IDENT IMAGING, INC.

**<u>NOTICE</u>:**

If any defendant contends that this Affidavit of Merit fails to completely satisfy the requirements of the Affidavit of Merit Statute *N.J.S.A.* 2A:53A-26 et seq. and/or The New Jersey Medical Care Access and Responsibility and Patients First Act of 2004, *N.J.S.A.* 2A:53A-38 et seq. in any way, demand is hereby made that the defendant immediately notify the plaintiff of any such alleged deficiencies so that same may be corrected if necessary and within the time constraint of *N.J.S.A.* 2A:53A-26 et seq