**SCHECHNER MARCUS LLP**
**Counsellors at Law**
155 Morris Avenue, Ste. 203
Springfield, NJ 07081
(973)376-6200
(973)376-5620 Fax
Stephen H. Schechner-NJ Attorney ID No. 262661970
Attorneys for defendant,
Lori M. Nasif, D.M.D.
Our File No.: 4.8167

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIELLE KERSHNER, | Case 2:16-cv-08355-CCC-MF |
| Plaintiff | **Civil action** |
| v. | |
| LORI NASIF, D.D.S., | Stipulation of Dismissal With Prejudice |
| Defendant | |

It is hereby stipulated and agreed that the Complaint and all Crossclaims against the defendant, Lori Nasif, D.D.S., be and hereby are dismissed with prejudice and without costs as to either party.

BY: _____
Elizabeth Eilender, Esq.
DATED: 11/2/17

BY: _____
Stephen H. Schechner, Esq.
DATED: 11/13/17